| AO 10<br>Rev. 1/2011 | FINANCIAL DISCLOSURE REPORT<br>FOR CALENDAR YEAR 2010 | Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111) |
|---|---|---|

| 1. Person Reporting (last name, first, middle initial)<br><br>Moody,, James T. | 2. Court or Organization<br><br>U.S. District-Indiana Northern | 3. Date of Report<br><br>05/10/2011 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>U.S. District Judge-Senior | 5a. Report Type (check appropriate type)<br><br>☐ Nomination,   Date<br>☐ Initial   ☑ Annual   ☐ Final<br><br>5b. ☐   Amended Report | 6. Reporting Period<br><br>01/01/2010<br>to<br>12/31/2010 |
| 7. Chambers or Office Address<br><br>U.S. District Court<br>5400 Federal Plaza, Suite 4100<br>Hammond, IN 46320 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐   NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1.   Board Member | St. Mary Medical Center |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑   NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Moody,, James T. | 05/10/2011 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

✓ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME<br>(yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2010 | Salary received as a teacher/administrator with College of Court Reporting, Inc. |
| 2. 2010 | Royalties received from sale of text books. |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS – *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

✓ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Moody,, James T. | 05/10/2011 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Moody,, James T. | 05/10/2011 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. College of Court Reporting, Inc. - common stock | | None | N | W | | | | | |
| 2. Chase Bank - (checking and savings accounts) | A | Interest | M | T | | | | | |
| 3. Edward Jones - savings and checking accounts | A | Int./Div. | K | T | | | | | |
| 4. Centier Bank - checking account | A | Interest | K | T | | | | | |
| 5. Firstrade Securities, Inc. | A | Int./Div. | J | T | | | | | |
| 6. GEMoney Bank - certificate of deposit X | A | Interest | | | Redeemed | 05/18/10 | J | A | |
| 7. WAG Stock X | | None | | | Sold | 05/18/10 | J | A | |
| 8. Investors Quality Tax Exempt Series Numberr 102 | A | Int./Div. | | | Sold | 05/18/10 | J | A | |
| 9. Van Kampen Investment Grade Muni Trust Series Number 101 | A | Int./Div. | | | Sold | 05/18/10 | J | A | |
| 10. ADP | A | Int./Div. | | | Sold | 05/18/10 | J | A | |
| 11. BP | A | Int./Div. | | | Sold | 05/18/10 | J | A | |
| 12. KO | A | Int./Div. | | | Sold | 05/18/10 | J | A | |
| 13. JNJ | A | Int./Div. | | | Sold | 05/18/10 | J | A | |
| 14. Amern Centy Diversified Bd Inv | A | Int./Div. | J | T | Buy | 01/04/10 | J | | |
| 15. Columbia Smcap Val Fd 1 Cl Z | A | Int./Div. | J | T | Buy | 01/04/10 | J | | |
| 16. Dodge & Cox Income Fund | A | Int./Div. | J | T | Buy | 01/04/10 | J | | |
| 17. Dodge & Cox Stock Fund | A | Int./Div. | J | T | Buy | 01/04/10 | J | | |

1. Income Gain Codes:        A =$1,000 or less        B =$1,001 - $2,500        C =$2,501 - $5,000        D =$5,001 - $15,000        E =$15,001 - $50,000
   (See Columns B1 and D4)    F =$50,001 - $100,000   G =$100,001 - $1,000,000  H1 =$1,000,001 - $5,000,000   H2 =More than $5,000,000
2. Value Codes               J =$15,000 or less      K =$15,001 - $50,000      L =$50,001 - $100,000    M =$100,001 - $250,000
   (See Columns C1 and D3)    N =$250,001 - $500,000  O =$500,001 - $1,000,000  P1 =$1,000,001 - $5,000,000   P2 =$5,000,001 - $25,000,000
                             P3 =$25,000,001 - $50,000,000                     P4 =More than $50,000,000
3. Value Method Codes         Q =Appraisal            R =Cost (Real Estate Only)   S =Assessment            T =Cash Market
   (See Column C2)            U =Book Value           V =Other                 W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Moody,, James T. | 05/10/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. JPMorgan Mid Cap Value Select | A | Int./Div. | J | T | Buy | 01/04/10 | J | | |
| 19. Fundamental Investors Fd Cl F1 | A | Int./Div. | J | T | Buy | 01/04/10 | J | | |
| 20. Harbor International Fd Instl | A | Int./Div. | J | T | Buy | 01/04/10 | J | | |
| 21. Hartford Cap Apprecation Fd 1 | A | Int./Div. | J | T | Buy | 01/04/10 | J | | |
| 22. JPMorgan Core Bond Fund Select | A | Int./Div. | J | T | Buy | 01/04/10 | J | | |
| 23. JPMorgan High Yield Fd Select | A | Int./Div. | J | T | Buy | 01/04/10 | J | | |
| 24. Loomis Sayles Invt Grade Bd Y | A | Int./Div. | J | T | Buy | 01/04/10 | J | | |
| 25. MFS Value Fund Cl 1 | A | Int./Div. | J | T | Buy | 01/04/10 | J | | |
| 26. Mutual Global Discovery Fd Z | A | Int./Div. | J | T | Buy | 01/04/10 | J | | |
| 27. Rainier Small Mid Cap EQ Instl | A | Int./Div. | J | T | Buy | 01/04/10 | J | | |
| 28. T Rowe Price Blue Chip Growth | A | Int./Div. | J | T | Buy | 01/04/10 | J | | |
| 29. T Rowe Price Intl Bond Fund | A | Int./Div. | J | T | Buy | 01/04/10 | J | | |
| 30. Scout International Fund | A | Int./Div. | J | T | Buy | 01/04/10 | J | | |
| 31. Van Kampen Comstock Fund Cl 1 | A | Int./Div. | J | T | Buy | 01/04/10 | J | | |
| 32. Wells Fargo Total Ret Bd Admin | A | Int./Div. | J | T | Buy | 01/04/10 | J | | |
| 33. Amern Centy Diversified Bd Inv | A | Int./Div. | | | Sold | 05/18/10 | J | A | |
| 34. Columbia Smcap Val Fd 1 Cl Z | A | Int./Div. | | | Sold | 05/18/10 | J | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Moody,, James T. | 05/10/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Dodge & Cox Income Fund | A | Int./Div. | | | Sold | 05/18/10 | J | A | |
| 36. Dodge & Cox Stock Fund | A | Int./Div. | | | Sold | 05/18/10 | J | A | |
| 37. JPMorgan Mid Cap Value Select | A | Int./Div. | | | Sold | 05/18/10 | J | A | |
| 38. Fundamental Investors Fd Cl F1 | A | Int./Div. | | | Sold | 05/18/10 | J | | |
| 39. Harbor International Fd Instl | A | Int./Div. | | | Sold | 05/18/10 | J | | |
| 40. Hartford Cap Appreciation Fd 1 | A | Int./Div. | | | Sold | 05/18/10 | J | | |
| 41. JPMorgan Core Bond Fund Select | A | Int./Div. | | | Sold | 05/18/10 | J | A | |
| 42. JPMorgan High Yield Fd Select | A | Int./Div. | | | Sold | 05/18/10 | J | A | |
| 43. Loomis Sayles Invt Grade Bd Y | A | Int./Div. | | | Sold | 05/18/10 | J | A | |
| 44. MFS Value Fund Cl 1 | A | Int./Div. | | | Sold | 05/18/10 | J | | |
| 45. Mutual Global Discovery Fd Z | A | Int./Div. | | | Sold | 05/18/10 | J | | |
| 46. Rainier Small Mid Cap Eq Instl | A | Int./Div. | | | Sold | 05/18/10 | J | A | |
| 47. T Rowe Price Blue Chip Growth | A | Int./Div. | | | Sold | 05/18/10 | J | | |
| 48. T Rowe Price Intl Bond Fund | A | Int./Div. | | | Sold | 05/18/10 | J | | |
| 49. Scout International Fund | A | Int./Div. | | | Sold | 05/18/10 | J | | |
| 50. Van Kampen Comstock Fund Cl 1 | A | Int./Div. | | | Sold | 05/18/10 | J | | |
| 51. Wells Fargo Total Ret Bd Admin | A | Int./Div. | | | Sold | 05/18/10 | J | A | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Moody,, James T. | 05/10/2011 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

| Name of Person Reporting | Date of Report |
|---|---|
| Moody,, James T. | 05/10/2011 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: s/ James T. Moody,

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544